IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BROADCAST MUSIC, INC., *et al.*,
    Plaintiffs,

v.

                                                Civil No. 1:23cv1572 (DJN)

WSC19 LLC, *d/b/a* SOLACE OUTPOST,
*et al.*,
    Defendants.

## ORDER
### (Acknowledging Notice of Dismissal With Prejudice)

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]  (ECF No. 20.)  The Court hereby acknowledges this voluntary dismissal, with prejudice and with all parties to pay their own costs, and DIRECTS the Clerk's Office to close the case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                         /s/
                                                   David J. Novak
                                                 United States District Judge

Richmond, Virginia
Date: May 20, 2024

---

[1]     Rule 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Here, no responsive pleading has been filed to the Complaint.